(100 South. 923)

CENTRAL OF GEORGIA RAILWAY CO. v. ALABAMA PACKING CO. (6 Div. 138.) (Supreme Court of Alabama. May 22, 1924.) Appeal from Circuit Court, Jefferson County; Roger Snyder, Judge. Nesbit & Sadler, of Birmingham, for appellant. Black, Harris & Foster and D. G. Ewing, all of Birmingham, for appellee.

PER CURIAM. Appeal dismissed by appellant.

(99 South. 923)

Charlie COGGINS et al. v. STATE. (4 Div. 62.) (Supreme Court of Alabama. Feb. 14, 1924.) Appeal from Circuit Court, Pike County; Arthur B. Foster, Judge.

SAYRE, J. No assignment of errors; no briefs. The decree is affirmed.

ANDERSON, C. J., and GARDNER and MILLER, JJ., concur.

(100 South. 923)

Ex parte A. D. DORSEY. (7 Div. 483.) (Supreme Court of Alabama. May 15, 1924.) Certiorari to Court of Appeals. J. R. Beavers, of Birmingham, and Longshore, Koenig & Longshore, of Columbiana, for petitioner. Harwell G. Davis, Atty. Gen., opposed.

PER CURIAM. Petition of A. D. Dorsey for certiorari to the Court of Appeals to review and revise the judgment and decision there rendered in the case of Dorsey v. State, 19 Ala. App. 641, 99 South. 830. Writ denied. Postal Co. v. Minderhout, 195 Ala. 420, 71 South. 91.

(100 South. 923)

FIRST NATIONAL BANK, Ex'r, v. P. D. BARKER. (1 Div. 306.) (Supreme Court of Alabama. May 22, 1924.) Appeal from Circuit Court, Mobile County; Saffold Berney, Judge.

PER CURIAM. Affirmed on certificate.

(100 South. 923)

FIRST NATIONAL BANK OF ATHENS v. CITY NATIONAL BANK OF DECATUR. (8 Div. 600.) (Supreme Court of Alabama. May 20, 1924.) Appeal from Circuit Court, Limestone County; Osceola Kyle, Judge. Fred Wall and Young Wall, both of Athens, for appellant. W. W. Callahan and A. J. Harris, both of Decatur, for appellee.

PER CURIAM. Affirmed.

(99 South. 923)

Ex parte Tom LOMAN. (4 Div. 134.) (Supreme Court of Alabama, April 24, 1924.) Certiorari to Court of Appeals. McDowell & McDowell, of Eufaula, for petitioner. Harwell G. Davis, Atty. Gen., opposed.

PER CURIAM. Petition of Tom Loman for certiorari to the Court of Appeals to review and revise the judgment and decision there rendered in the case of Loman v. State, 19 Ala. App. 611, 99 South. 769. Writ denied.

(100 South. 923)

S. W. MAY et al. v. B. W. HEAD. (4 Div. 97.) (Supreme Court of Alabama. June 12, 1924.) Appeal from Circuit Court. Crenshaw County; Arthur E. Gamble, Judge.

PER CURIAM. Appeal dismissed by appellant.

(100 South. 923)

Mary E. MAY et al. v. STEELS BLUFF MERCANTILE COMPANY. (2 Div. 831.) (Supreme Court of Alabama. May 22, 1924.) Appeal from Circuit Court, Greene County; John McKinley, Judge.

PER CURIAM. Appeal dismissed by appellants.

(99 South. 923)

P. D. OGBURN v. Mary McCORD, Adm'x. (7 Div. 458.) (Supreme Court of Alabama. April 24, 1924.) Appeal from Circuit Court, Clay County; W. L. Longshore, Judge. Riddle & Riddle, of Talladega, for appellant. Jas. W. Strother, of Dadeville, for appellee.

GARDNER, J. Appeal dismissed by agreement.

(99 South. 923)

ONE FIVE-PASSENGER FORD AUTOMOBILE v. STATE (WEIR BROS. CHAUFFEUR YOURSELF CO., Claimant). (6 Div. 2.) (Supreme Court of Alabama. April 24, 1924.) Appeal from Circuit Court, Jefferson County; William M. Walker, Judge.

PER CURIAM. Affirmed for want of assignments of error.

(99 South. 923)

ONE FORD CAR v. STATE (WEIR BROS. CHAUFFEUR YOURSELF CO., Claimant). (6 Div. 23.) (Supreme Court of Alabama. April 24, 1924.) Appeal from Circuit Court, Jefferson County; Roger Snyder, Judge.

PER CURIAM. Affirmed for want of assignments of error.

(99 South. 923)

ST. LOUIS & SAN FRANCISCO RY. CO. v. H. W. BISHOP. (6 Div. 4.) (Supreme Court of Alabama. April 10, 1924.) Appeal from Circuit Court, Marion County; Ernest Lacy, Judge.

PER CURIAM. Appeal dismissed by appellant.

(99 South. 923)

Luta P. SALTER v. M. S. CARLISLE. (3 Div. 633.) (Supreme Court of Alabama, May 13, 1924.) Appeal from Circuit Court, Montgomery County; Leon McCord, Judge.

PER CURIAM. Appeal dismissed on motion of appellee.